UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anthony McCarthy,<br><br>      Plaintiff,<br>-v-<br><br>NYC Taxi Group Inc.,<br><br>      Defendant. | Civ. Action #: 16-cv-02441 (PK)<br><br>**STIPULATION OF<br>DISCONTINUANCE WITH<br>PREJUDICE** |

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties in this action, that this action having been resolved by the parties, and whereas, no party hereto is an incompetent, this action is hereby discontinued with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") including to FRCP 41(a)(1)(A)(ii).

   **IT IS FURTHER STIPULATED AND AGREED**, that PDF and facsimile copies of this Stipulation shall have the same force and effect as the original.

Dated: Queens Village, New York
    February 6, 2017

Abdul Hassan Law Group, PLLC
Attorneys for Plaintiff

By: *Abdul Hassan*
Abdul K. Hassan, Esq. (AH6510)
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000
Email: abdul@abdulhassan.com

Granovsky and Sundaresh PLLC
Attorneys for Defendant

By: _____
Digitally signed by Alex Granovsky
DN: cn=Alex Granovsky, o=Granovsky and Sundaresh PLLC, ou, email=ag@g-s-law.com, c=US
Date: 2017.02.06 13:35:45 -05'00'
Alexander Granovsky
48 Wall Street, 11th Floor
New York, NY 10005
Tel: 646-524-6001
Fax: 646-417-5500
Email: ag@g-s-law.com

SO ORDERED:

*Peggy Kuo*
PEGGY KUO
United States Magistrate Judge

Dated: Brooklyn, New York
   February 7, 2017